# Affidavit

7:23cv170-668
NAD

FILED
2023 Feb-10 PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

On the day of Sept. 30 2022 at about 9:00 to 10:00 AM I was walking through the chow line and I grabbed two (2) milks. I was approached by a Cpt. Carter who placed my back against the wall. My food tray and both milks where removed from my possession by the Capt. Warden Gordy arrived and pushed my head against the wall. After being removed from the chow hall Capt. Carter slammed my face into the fence at the first exit gate. Afterwards Capt. Webster called me to the shift office at the same time I was also being called by CO1 officer Robert Provost while following the orders of Capt. Webster. CO1 officer Robert Provost approach me from behind grabbed me by the shoulders and throat and shoved me, called me a cracker. Then hit me in back of the head with his metal baton. After seeing blood Capt. Webster ordered me to go to healthcare to get cleaned up and have a body chart to record the incodent in my medical file. Sgt. D. White took pictures of the injury to where I recieved eight (8) stiches to close the wound to the back of my head. I was then sent to the shift office where I was then fed and ordered to go back to my dorm.

Sworn to and subscribed before me on the 7TH day of Febru 2023.

John Waller 224859
Affiant

Christoph Weil
My Comm. Expires
Exp 6/7/2025

Jordan Wallace #2?????
565 Bibb ln B4-24B
Brent Al 35034

Office of the clerk
United States District Court
Northern District of Alabama
Hugo L. Black United States courthouse
1729 5th Ave No.
Birmingham, Alabama 35203-2037

BIRMINGHAM AL 350

Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

SECURITY

FEB 10 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

35203-203799