# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **JORDAN ASHLEY WALLER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:23-cv-00170-LCB-NAD |
| **CAPTAIN CARTER,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff Jordan Ashley Waller filed a *pro se* complaint seeking monetary damages under 42 U.S.C. § 1983 for violations of his civil rights. (Doc. 1). On June 27, 2024, the magistrate judge entered a report recommending that the court deny defendants Ronald Carter, Christopher Gordy, and Ryan Provost's motion for summary judgment (Doc. 18) on plaintiff Jordan Ashley Waller's Eighth Amendment claim for excessive force. (Doc. 25). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days and the consequences of a failure to object (*id.* at 25-26), no party has filed any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. (Doc. 25).

Accordingly, the court **DENIES** defendants Carter, Gordy, and Provost's motion for summary judgment (Doc. 18) on Waller's Eighth Amendment claim against these defendants in their individual capacities.

The court **REFERS** Waller's Eighth Amendment claim against defendants Carter, Gordy, and Provost to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this July 24, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE